# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES,** : | |
| : | |
| Plaintiff : | **CIVIL ACTION NO. 3:19-1086** |
| : | |
| v. : | **(JUDGE MANNION)** |
| : | |
| **ANGELO PARENTE,** | |
| **PARENTE'S RIVERVIEW PIZZERIA,**: | |
| : | |
| **Defendants** : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the United States' motion for default judgment against defendants Angelo Parente and Parente's Riverview Pizzeria, **(Doc. 6)**, is **GRANTED**;

(2) the court hereby enters **JUDGMENT** in favor the United States and against defendants Angelo Parente and Parente's Riverview Pizzeria in the amount of $16,597.95; and

(3) post-judgment interest on the judgment is to accrue at the legal rate from the date judgment is entered against defendants, compounded annually, until it is paid in full.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 8, 2019**

19-1086-01-ORDER.wpd